UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
DEC 1 4 2016
DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:16CR/21
     18 U.S.C. § 922 (g)(1)
     18 U.S.C. § 924 (a)(2)

SEDRICK MONTE LEE

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about September 28, 2015, in the Northern District of Mississippi, **SEDRICK MONTE LEE**, defendant, knowingly possessed a firearm in and affecting interstate commerce, namely a Rossi, Model 685, .38 Special, 5 shot revolver, after having previously been convicted of a felony, that is a crime punishable by a term of imprisonment exceeding one year, all in violation of Title 18, United States Code, § 922(g)(1) and 924 (a)(2).

A TRUE BILL

_Felicia C. Adams_____        /s/ signature redacted_____
UNITED STATES ATTORNEY         FOREPERSON